UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOOMAURA WAGONER, | ) | No. CV 12-5634 FMO (FFM) |
| Plaintiff, | ) ) | JUDGMENT OF REMAND |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge entered on December 16, 2013.

DATED: February 13, 2014

/s/
FERNANDO M. OLGUIN
United States District Judge