ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8939
    Facsimile:  (415) 744-0134
    Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TOOMAURA Y. WAGONER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-05634-FMO-FFM<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $260.50 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED:  May 13, 2014             /s/
                                               HON. FERNANDO M. OLGUIN
                                             UNITED STATES DISTRICT JUDGE